# EXHIBIT A



# NHH Waiting List

April 14, 2015 - July 25, 2018
Data Compiled by NAMI NH



Adults - Initial/AM    Children - Initial/AM    Adults - Update/PM
Children - Update/PM    Linear (Adults - Initial/AM)    Linear (Children - Initial/AM)





# NHH Waiting List



Dates with the greatest number of adults waiting for beds at NHH

| | Date | Adults - Ini... |
|---|---|---|
| 1. | Aug 21, 2017 | 71 |
| 2. | Oct 4, 2017 | 70 |
| 3. | Sep 24, 2017 | 70 |

Select date range ▾

Dates with the greatest number of children waiting for beds at NHH

| | Date | Children - Init... |
|---|---|---|
| 1. | May 25, 2017 | 27 |
| 2. | May 26, 2017 | 26 |
| 3. | May 31, 2016 | 25 |

Adult daily wait list count from the most recently completed quarter compared to the prior quarter



Greatest number of adults waiting at one time for beds at NHH

71

Greatest number of children waiting at one time for beds at NHH

27

Greatest total number of individuals (adults & children) waiting at one time for beds at NHH

72

Child daily wait list count from the most recently completed quarter compared to the prior quarter



Live Dashboard: https://goo.gl/o9R1Yv





# NHH Waiting List

New Hampshire Hospital Admission Waiting List Count
Compiled by NAMI New Hampshire









Live Dashboard: https://goo.gl/o9R1Yv





# Average Daily Waitlist Count by Quarter

| Row Labels | Average of Adults - Initial/AM | Average of Children - Initial/AM | Average of Total - Initial/AM |
|---|---|---|---|
| **2015** | | | |
| Qtr2 | 14 | 6 | 19 |
| Qtr3 | 17 | 2 | 19 |
| Qtr4 | 20 | 6 | 26 |
| **2016** | | | |
| Qtr1 | 27 | 5 | 32 |
| Qtr2 | 30 | 7 | 37 |
| Qtr3 | 31 | 3 | 34 |
| Qtr4 | 35 | 4 | 40 |
| **2017** | | | |
| Qtr1 | 43 | 5 | 48 |
| Qtr2 | 30 | 7 | 37 |
| Qtr3 | 53 | 2 | 55 |
| Qtr4 | 42 | 3 | 45 |
| **2018** | | | |
| Qtr1 | 44 | 3 | 47 |
| Qtr2 | 46 | 5 | 50 |
| Qtr3 | 48 | 1 | 49 |
| **Grand Total** | **34** | **4** | **38** |





# NH Leading Causes of Death: 2012-2016

| Rank | <1 | 1-4 | 5-9 | 10-14 | 15-24 | 25-34 | 35-44 | 45-54 | 55-64 | 65+ | All Ages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Age Groups** | | | | | | | |
| 1 | Short Gestation 38 | Unintentional Injury 10 | Malignant Neoplasms 10 | Malignant Neoplasms 14 | Unintentional Injury 299 | Unintentional Injury 591 | Unintentional Injury 465 | Malignant Neoplasms 979 | Malignant Neoplasms 2,597 | Heart Disease 10,426 | Malignant Neoplasms 13,590 |
| 2 | Congenital Anomalies 35 | Congenital Anomalies --- | Unintentional Injury --- | Suicide --- | Suicide 115 | Suicide 158 | Malignant Neoplasms 209 | Heart Disease 562 | Heart Disease 1,250 | Malignant Neoplasms 9,684 | Heart Disease 12,424 |
| 3 | Maternal Pregnancy Comp. 28 | Homicide --- | Homicide --- | Unintentional Injury --- | Heart Disease 19 | Malignant Neoplasms 74 | Suicide 178 | Unintentional Injury 486 | Unintentional Injury 373 | Chronic Low. Respiratory Disease 2,964 | Unintentional Injury 3,647 |
| 4 | Placenta Cord Membranes 15 | Influenza & Pneumonia --- | Heart Disease --- | Benign Neoplasms --- | Malignant Neoplasms 17 | Heart Disease 43 | Heart Disease 114 | Suicide 270 | Chronic Low. Respiratory Disease 338 | Cerebro-vascular 2,066 | Chronic Low. Respiratory Disease 3,411 |
| 5 | Circulatory System Disease 11 | Malignant Neoplasms --- | Benign Neoplasms --- | Congenital Anomalies --- | Homicide 10 | Congenital Anomalies 15 | Liver Disease 46 | Liver Disease 157 | Diabetes Mellitus 257 | Alzheimer's Disease 1,963 | Cerebro-vascular 2,319 |
| 6 | SIDS --- | Heart Disease --- | Cerebro-vascular --- | Influenza & Pneumonia --- | Diabetes Mellitus --- | Liver Disease 11 | Diabetes Mellitus 22 | Diabetes Mellitus 96 | Liver Disease 257 | Unintentional Injury 1,408 | Alzheimer's Disease 2,001 |
| 7 | Necrotizing Enterocolitis --- | Benign Neoplasms --- | Congenital Anomalies --- | Nephritis | Congenital Anomalies --- | Diabetes Mellitus | Homicide 16 | Chronic Low. Respiratory Disease 83 | Suicide 202 | Diabetes Mellitus 1,118 | Diabetes Mellitus 1,509 |
| 8 | Neonatal Hemorrhage --- | --- | Suicide --- | --- | Cerebro-vascular --- | Homicide --- | Cerebro-vascular 15 | Cerebro-vascular 65 | Cerebro-vascular 159 | Influenza & Pneumonia 1,002 | Suicide 1,106 |
| 9 | Respiratory Distress --- | --- | --- | Benign Neoplasms --- | | Chronic Low. Respiratory Disease | Chronic Low. Respiratory Disease 13 | Nephritis 24 | Septicemia 81 | Nephritis 759 | Influenza & Pneumonia 1,102 |
| 10 | Two Tied --- | --- | --- | --- | Chronic Low. Respiratory Disease --- | Complicated Pregnancy --- | Congenital Anomalies --- | Septicemia 22 | Viral Hepatitis 69 | Parkinson's Disease 617 | Nephritis 858 |

Source: CDC WISQARS, 2012-2016



# Their Last Two Month's Experience



**Days in ED - IEA Admissions over 8 weeks**
**7/11/17 - 9/6/17**

**2 days or fewer in ED = 48%**
**3-10 days in ED = 35%**
**>10 days in ED = 17%**

**Average wait in ED = 6 days**

Number of Days Spent Waiting in ED for Admission to NHH

**Number of Patients (NHH Admission Dates 7/11/17-9/6/17)**
**8 weeks / Total Admissions = 159 (20/week)**

