# EXHIBIT H

# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2016-0618, <u>In re T.D.; In re A.D.; In re C.M.</u>, the court on December 8, 2016, issued the following order:**

The motion to seal the appendix is granted. <u>See</u> Rule 12(1)(b). Accordingly, the appendix has been placed in a confidential file. The other case documents, including the interlocutory transfer statement, have been placed in the public file.

Interlocutory transfer without ruling is declined. <u>See</u> Rule 9(1).

New Hampshire Hospital's motion for summary disposition is therefore moot.

<u>Declined</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., participated.

**Eileen Fox,
Clerk**

Distribution:
6th N.H. Circuit Court - Concord District Division –
    429-2016-EA-01258; 429-2016-EA-01256; 429-2016-EA-01257
Honorable Edwin W. Kelly
Referee Lauren V. Thorn
√ Earl S. Carrel, Esquire
Frank Nachman, Esquire
Dawn Touzin, Esquire
Attorney General
Mr. John Dixon
Mr. James Kegley
Ms. June Tenyenhuis
Wentworth-Douglas Hospital
Frisbie Memorial Hospital
Concord Hospital
File