# EXHIBIT E



# NHH Waiting List

April 14, 2015 - July 25, 2018
Data Compiled by NAMI NH



Adults - Initial/AM      Children - Initial/AM      Adults - Update/PM
Children - Update/PM      Linear (Adults - Initial/AM)      Linear (Children - Initial/AM)





# NHH Waiting List



### New Hampshire Hospital Admission Waiting List Count
### Compiled by NAMI New Hampshire

Dates with the greatest number of adults waiting for beds at NHH

| | Date | Adults - Ini... |
|---|---|---|
| 1. | Aug 21, 2017 | 71 |
| 2. | Oct 4, 2017 | 70 |
| 3. | Sep 24, 2017 | 70 |

Select date rang ▾

Dates with the greatest number of children waiting for beds at NHH

| | Date | Children - Init... |
|---|---|---|
| 1. | May 25, 2017 | 27 |
| 2. | May 26, 2017 | 26 |
| 3. | May 31, 2016 | 25 |

Adult daily wait list count from the most recently completed quarter compared to the prior quarter



Greatest number of adults waiting at one time for beds at NHH

**71**

Greatest number of children waiting at one time for beds at NHH

**27**

Greatest total number of individuals (adults & children) waiting at one time for beds at NHH

**72**

Child daily wait list count from the most recently completed quarter compared to the prior quarter



Live Dashboard: https://goo.gl/o9R1Yv





# NHH Waiting List

### New Hampshire Hospital Admission Waiting List Count
### Compiled by NAMI New Hampshire











Live Dashboard: https://goo.gl/o9R1Yv





# Average Daily Waitlist Count by Quarter

| Row Labels | Average of Adults - Initial/AM | Average of Children - Initial/AM | Average of Total - Initial/AM |
|---|---|---|---|
| **2015** | | | |
| Qtr2 | 14 | 6 | 19 |
| Qtr3 | 17 | 2 | 19 |
| Qtr4 | 20 | 6 | 26 |
| **2016** | | | |
| Qtr1 | 27 | 5 | 32 |
| Qtr2 | 30 | 7 | 37 |
| Qtr3 | 31 | 3 | 34 |
| Qtr4 | 35 | 4 | 40 |
| **2017** | | | |
| Qtr1 | 43 | 5 | 48 |
| Qtr2 | 30 | 7 | 37 |
| Qtr3 | 53 | 2 | 55 |
| Qtr4 | 42 | 3 | 45 |
| **2018** | | | |
| Qtr1 | 44 | 3 | 47 |
| Qtr2 | 46 | 5 | 50 |
| Qtr3 | 48 | 1 | 49 |
| **Grand Total** | **34** | **4** | **38** |





# NH Leading Causes of Death: 2012-2016

| Rank | <1 | 1-4 | 5-9 | 10-14 | 15-24 | 25-34 | 35-44 | 45-54 | 55-64 | 65+ | All Ages |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Age Groups | | | | | | |
| 1 | Short Gestation 38 | Unintentional Injury 10 | Malignant Neoplasms 10 | Malignant Neoplasms 14 | Unintentional Injury 299 | Unintentional Injury 591 | Unintentional Injury 465 | Malignant Neoplasms 979 | Malignant Neoplasms 2,597 | Heart Disease 10,426 | Malignant Neoplasms 13,590 |
| 2 | Congenital Anomalies 35 | Congenital Anomalies --- | Unintentional Injury --- | Suicide --- | Suicide 115 | Suicide 158 | Malignant Neoplasms 209 | Heart Disease 562 | Heart Disease 1,250 | Malignant Neoplasms 9,684 | Heart Disease 12,424 |
| 3 | Maternal Pregnancy Comp. 28 | Homicide --- | Homicide --- | Unintentional Injury --- | Heart Disease 19 | Malignant Neoplasms 74 | Suicide 178 | Unintentional Injury 486 | Unintentional Injury 373 | Chronic Low. Respiratory Disease 2,964 | Unintentional Injury 3,647 |
| 4 | Placenta Cord Membranes 15 | Influenza & Pneumonia --- | Heart Disease --- | Benign Neoplasms --- | Malignant Neoplasms 17 | Heart Disease 43 | Heart Disease 114 | Suicide 270 | Chronic Low. Respiratory Disease 338 | Cerebro-vascular 2,066 | Chronic Low. Respiratory Disease 3,411 |
| 5 | Circulatory System Disease 11 | Malignant Neoplasms --- | Benign Neoplasms --- | Congenital Anomalies --- | Homicide 10 | Congenital Anomalies 15 | Liver Disease 46 | Liver Disease 157 | Diabetes Mellitus 257 | Alzheimer's Disease 1,963 | Cerebro-vascular 2,319 |
| 6 | SIDS --- | Heart Disease --- | Cerebro-vascular --- | Influenza & Pneumonia --- | Diabetes Mellitus --- | Liver Disease 11 | Diabetes Mellitus 22 | Diabetes Mellitus 96 | Liver Disease 257 | Unintentional Injury 1,408 | Alzheimer's Disease 2,001 |
| 7 | Necrotizing Enterocolitis --- | Benign Neoplasms --- | Congenital Anomalies --- | Nephritis --- | Congenital Anomalies --- | Diabetes Mellitus --- | Homicide 16 | Chronic Low. Respiratory Disease 83 | Suicide 202 | Diabetes Mellitus 1,118 | Diabetes Mellitus 1,509 |
| 8 | Neonatal Hemorrhage --- | --- | Suicide --- | --- | Cerebro-vascular --- | Homicide --- | Cerebro-vascular 15 | Cerebro-vascular 65 | Cerebro-vascular 159 | Influenza & Pneumonia 1,002 | Suicide 1,106 |
| 9 | Respiratory Distress --- | --- | --- | Benign Neoplasms --- | Diabetes Mellitus --- | Chronic Low. Respiratory Disease --- | Chronic Low. Respiratory Disease 13 | Nephritis 24 | Septicemia 81 | Nephritis 759 | Influenza & Pneumonia 1,102 |
| 10 | Two Tied --- | --- | --- | --- | Chronic Low. Respiratory Disease --- | Complicated Pregnancy --- | Congenital Anomalies --- | Septicemia 22 | Viral Hepatitis 69 | Parkinson's Disease 617 | Nephritis 858 |

Source: CDC WISQARS, 2012-2016



# Their Last Two Month's Experience



**Days in ED - IEA Admissions over 8 weeks**
**7/11/17 - 9/6/17**

**2 days or fewer in ED = 48%**
**3-10 days in ED = 35%**
**>10 days in ED = 17%**

**Average wait in ED = 6 days**

*Number of Days Spent Waiting in ED for Admission to NHH* (y-axis)

**Number of Patients (NHH Admission Dates 7/11/17-9/6/17)**
**8 weeks / Total Admissions = 159 (20/week)**

