# United States Court of Appeals
## For the First Circuit

No. 21-1058

JOHN DOE; CHARLES COE; JANE ROE; DEBORAH A. TAYLOR, as guardian for SCOTT STEPHEN JOHNSTONE, on behalf of themselves and all others similarly situated,

Plaintiffs, Appellees,

NEW HAMPSHIRE HOSPITAL ASSOCIATION; ALICE PECK DAY MEMORIAL HOSPITAL; ANDROSCOGGIN VALLEY HOSPITAL; CATHOLIC MEDICAL CENTER; CHESHIRE MEDICAL CENTER; COTTAGE HOSPITAL; ELLIOT HOSPITAL; FRISBIE MEMORIAL HOSPITAL; HCA HEALTH SERVICES OF NEW HAMPSHIRE, (Parkland Medical Center and Portsmouth Regional Hospital); HUGGINS HOSPITAL; LITTLETON HOSPITAL ASSOCIATION, (Littleton Regional Hospital); LRGHEALTHCARE, (Franklin Regional Hospital and Lakes Region General Hospital); MARY HITCHCOCK MEMORIAL HOSPITAL; MONADNOCK COMMUNITY HOSPITAL; NEW LONDON HOSPITAL; SPEARE MEMORIAL HOSPITAL; UPPER CONNECTICUT VALLEY HOSPITAL; VALLEY REGIONAL HOSPITAL; WEEKS MEDICAL CENTER,

Intervenor-Plaintiffs, Appellees,

v.

LORI SHIBINETTE, in her official capacity as Commissioner of the N.H. Department of Health and Human Services,

Defendant, Appellant,

SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; CONCORD HOSPITAL; ST. JOSEPH'S HOSPITAL, Nashua; MEMORIAL HOSPITAL, North Conway,

Defendants/Intervenor-Plaintiffs, Appellees,

NEW HAMPSHIRE CIRCUIT COURT DISTRICT DIVISION,

Defendant,

HONORABLE DAVID D. KING,

Third-Party Defendant.

# JUDGMENT

Entered: October 26, 2021

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The rulings of the District Court are affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Joseph A. DiClerico, Daniel Lynch, Clerk, United States District Court for the District of New Hampshire, Gilles R. Bissonnette, Henry R. Klementowicz, Aaron J. Curtis, Theodore E. Tsekerides, Colin McGrath, James P. Harris, Michael D. Ramsdell, Daniel Edward Will, Anthony J. Galdieri, Samuel R. V. Garland, Russell B. Pierce Jr., Mark G. Lavoie